PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

**FEB 27 2023**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ~~PH~~
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE  Western  DISTRICT OF TEXAS
_____ DIVISION

Jonathan Williams #1355380
Plaintiff's Name and ID Number

John B. Connally unit (CY)
Place of Confinement

**SA23CA0261JKP**

CASE NO. _____
(Clerk will assign the number)

v.

Mike Valdez LT. 899 FM 632
Kenedy TX 78119
Defendant's Name and Address

Ramirez Perez Jorge corc III
899 FM 632, Kenedy TX 78119
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____ YES ✓NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned:_____

        6.  Disposition: (Was the case dismissed, appealed, still pending?)_____

        7.  Approximate date of disposition:_____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: John B. Connally unit (CY)

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jonathan Williams, #1355380 899 FM 632, Kenedy T.X. 78119

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Mike Valdez LT T.D.C.J John B. Connally unit(CY) 899 FM 632, Kenedy TX. 78119

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Excessive force "Cruel and unusaul punishment

Defendant #2: Ramicez Perez Jorge Corr III TDCJ John B Connally unit(CY) 899 FM 632, Kenedy TX 78119

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Excessive force, "Cruel and unusal punishment

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

on or about 11-06-2022 at 3blgd, C-Pod, 3 section at 7:45pm officer mike Valdez LT and Ramirez Perez Jorge corrIII used unnecessary excessive force of pepper spraying directly into my eyes, As I was not resisting nor a threat to any TDC officers. I was pepped sprayed while in my cell and when the TDCJ officers opened the cell door, I stepped out in a non-threating manner and again I was overly pepped sprayed, as I had turned around with my hands behind my back again I was peppered sprayed for the fourth time.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Financial reimbursment in the sum of 2.2 million dollars for physical, psychological and emotional pain.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jonathan Patrick Williams

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

# 1355380

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?        _____ YES _____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: **2/16/2023**
      DATE

                                 *Jonathan Williams*
                                   (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____**16**_____ day of _____**Feb**_____, 20 **23**.
           (Day)               (month)          (year)

                                   *Jonathan Williams*
                                   (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15



# Texas Department of Criminal Justice

# STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: 2023035941 |
| Date Received: NOV 28 2022 |
| Date Due: 1·7·23 |
| Grievance Code: 801 |
| Investigator ID #: I2869 |
| Extension Date: 2·16·23 |
| Date Retd to Offender: FEB 15 2023 |

Offender Name: Jonathan Williams          TDCJ # 1355380

Unit: CY/068          Housing Assignment: 12 A 36

Unit where incident occurred: Connally Unit 8L-21-28-B

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Medical Staff                    When? 11-06-2022

What was their response? You should Get Your Vision back Within An hour or so.

What action was taken? None.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON OR About 11-06-2022 AT 3-bldg, C-Pod · 3 section. AN INCIDENT occured, Where PROTOCOL, Procedures had been Violated, the UNNECESSARY EXCESSIVE FORCE OF PEPPER SPRAYING directly INTO MY EYES, AS I WAS NOT RESISTING NOR A THREAT to ANY TDCJ OFFICERS. I WAS Peppered SPRAYED while IN MY Cell, And when the TDCJ officers open the cell Door I stepped out IN A NON-threatening MAnner, And AGAIN I WAS OVERLY PEPPER SPRAYED, AS I had turned Around with MY hands behind MY back, And AGAIN I WAS overly Peppered SPRAYED FOR the FOURTH time, I Could NOT breathe NOR see, As I WAS escorted to Medical Dept. I Complaint to Medical STAFF but everything WAS Real Blurry, Medical STAFF stated, I should Retain MY Vision within hour or so. this has NOT occurred, As of today 11-21-2022, I'm still have blurry Vision, to INIDCATE MAYBE Retina Damage OR the PuPil? But diFFERENTLY SOME eye damage due to UNNECESSARY FORCE OF PEPPER spraying directly into the eyes! this FAlls under "Cruel And UNUSUAL PunishMENT, And Violations of the TDCJ-PD/AD. 21-24 ARTICLE, 4413 (4a), section 1.10 (B) V.A.C.S. Code (B) Failure to Follow PROPER SAFETY Procedures. P.D. 22 (156) INStigating OR Participating IN A Physical CONFRONTION OR Altercation P.D. 22 (24 b) Provoked with SERIOUS INJURIES. the TDCJ OFFICERS IN Question(s) TDCJ LT. VALDEZ.

---

I-127 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix F

**Action Requested to resolve your Complaint.** Retrain TDCJ Officers in Proper & Safety Procedures

**Offender Signature:** _____ **Date:** Nov 21st 2022

**Grievance Response:**

Your grievance has been reviewed. The information you provided was forward to the Office of Inspector General for their review and disposition. Office of Inspector General open an official investigation. No further action warranted by this office.

**Asst. Warden V. Davis**

**Signature Authority:** _____ **Date:** 2/2/23

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

| | 1. Grievable time period has expired.
| | 2. Submission in excess of 1 every 7 days. *
| | 3. Originals not submitted. *
| | 4. Inappropriate/Excessive attachments. *
| | 5. No documented attempt at informal resolution. *
| | 6. No requested relief is stated. *
    7. Malicious use of vulgar, indecent, or physically threatening language. *
| | 8. The issue presented is not grievable.
    9. Redundant, Refer to grievance # _____
| | 10. Illegible/Incomprehensible. *
| | 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

**Initial Submission**          **UGI Initials:** _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**              **UGI Initials:** _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**              **UGI Initials:** _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F