**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| JONATHAN WILLIAMS, #1355380,       § § § | |
| Plaintiff,       § § | CIVIL NO. SA-23-CV-261-JKP |
| v.       § § | |
| LT. MIKE VALDEZ; and CO JORGE PEREZ RAMIREZ,       § § § § | |
| Defendants       § | |

## FINAL JUDGEMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which granted the Defendants' Motion for Summary Judgment, the Court renders the following Final Judgement pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants, Lieutenant Mike Valdez, and CO Jorge Perez Ramirez, are hereby **DISMISSED WITH PREJUDICE for LACK OF JURISDICTION**.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 23rd day of July, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE